# Court of Appeals
# of the State of Georgia

ATLANTA,   December 06, 2018

*The Court of Appeals hereby passes the following order:*

**A19A0642.  PAUL WINGFIELD v. THE STATE.**

Paul Wingfield was convicted of rape and other offenses, and we affirmed his convictions on direct appeal. *Wingfield v. State*, 229 Ga. App. 75 (493 SE2d 235) (1997). Wingfield later filed a pro se motion for leave to file an out-of-time appeal. The trial court denied the motion, and Wingfield filed this direct appeal. We, however, lack jurisdiction.

"An out-of-time appeal is a judicial creation that serves as the remedy for a frustrated right of appeal." *Kilgore v. State*, 325 Ga. App. 874, 875 (1) (756 SE2d 9) (2014) (citation omitted). Because Wingfield already has had a direct appeal, he is not entitled to an out-of-time appeal. See *Richards v. State*, 275 Ga. 190, 191 (563 SE2d 856) (2002) ("[T]here is no right to directly appeal the denial of a motion for out-of-time appeal filed by a criminal defendant whose conviction has been affirmed on direct appeal."). Accordingly, this appeal is hereby DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia
   Clerk's Office, Atlanta,   12/06/2018
   I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
   Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.